UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER SHIRLEY, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-00507-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(ECF No. 4) |

Plaintiff Shaun Lee ("Plaintiff") is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2023, the Magistrate Judge found that Plaintiff has failed to obey the Court's orders and, in so doing, has failed to prosecute this action. (ECF No. 4.) Specifically, Plaintiff has failed to submit a completed and signed application to proceed *in forma pauperis* and has failed to file a signed complaint or notice of voluntary dismissal. (*Id*. at 2-4.) Therefore, the Magistrate Judge recommended that the action be dismissed without prejudice. (*Id*. at 4.) Plaintiff had fourteen days to file objections. (*Id*.) To date, no objections have been filed, and the time to do so has now passed.

//

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued May 31, 2023, (ECF No. 4), are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE